ORIGINAL

FILED-USDC-NDTX-DA
'24 OCT 1 PM 2:49

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | NO. 4:24-CR- 245-O |
| JUAN ANGEL RENDON (01) | |

### INDICTMENT

The Grand Jury charges:

Count One
Illegal Possession of a Machinegun
(Violation of 18 U.S.C. §§ 922(o) and 924(a)(2))

On or about August 27, 2024, in the Fort Worth Division of the Northern District of Texas, the defendant, **Juan Angel Rendon**, did knowingly possess a machinegun.

In violation of 18 U.S.C. §§ 922(o) and 924(a)(2).

Indictment—Page 1

Count Two
Illegal Possession of a Machinegun
(Violation of 18 U.S.C. §§ 922(o) and 924(a)(2))

On or about September 5, 2024, in the Fort Worth Division of the Northern District of Texas, the defendant, **Juan Angel Rendon**, did knowingly possess a machinegun.

In violation of 18 U.S.C. §§ 922(o) and 924(a)(2).

## Count Three
## Conspiracy to Traffick in Firearms
(Violation of 18 U.S.C. § 933(a)(3))

From in or about July 2024 through in or about September 2024, in the Fort Worth Division of the Northern District of Texas and elsewhere, the defendant, **Juan Angel Rendon,** together with others known and unknown, knowingly conspired and agreed to ship, transport, transfer, cause to be transported, and otherwise dispose of any firearm to another person, in or otherwise affecting interstate or foreign commerce, one or more firearms, including, but not limited to, machineguns and machinegun conversion devices, knowing or having reasonable cause to believe that such receipt would constitute a felony.

In violation of 18 U.S.C. § 933(a)(3).

## Forfeiture Notice
### (18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c))

Upon conviction for the offense alleged in Count Two of this Indictment and pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), the defendant, **Juan Angel Rendon**, shall forfeit to the United States of America any firearm, magazine and ammunition involved in or used in the commission of the offense, including, but not limited to, the following: a Glock, Model 23, .40 caliber pistol, equipped with a machinegun conversion device, bearing serial number DDT070US; a Glock, Model 19, 9mm caliber pistol, equipped with a machinegun conversion device, bearing serial number BMLH817; and all additional machinegun conversion devices and assorted parts thereof.

A TRUE BILL.

_____
FOREPERSON

LEIGHA SIMONTON
UNITED STATES ATTORNEY

_____
JUSTIN BECK
Assistant United States Attorney
Texas State Bar No. 24133053
801 Cherry Street, Unit #4
Fort Worth, TX 76102
Tel: (817) 252-5200
Fax: (817) 252-5455
Email: justin.beck@usdoj.gov

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

THE UNITED STATES OF AMERICA

v.

JUAN ANGEL RENDON (01)

INDICTMENT

18 U.S.C. §§ 922(o) and 924(a)(2)
Illegal Possession of a Machinegun
(Counts 1-2)

18 U.S.C. § 933(a)(3)
Conspiracy to Traffic in Firearms
(Count 3)

18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c)
Forfeiture Notice

3 Counts

A true bill rendered

DALLAS _____ FOREPERSON

Filed in open court this 1st day of October 2024.

**Defendant in Federal Custody**

----

UNITED STATES MAGISTRATE JUDGE
Pending Criminal Matter – 4:24-MJ-680-BJ